# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



**FILED**

NOV 10 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| United States of America | ) |
| vs. | ) Case No. 1:11CR00105 |
| Kristy Sandoval | ) |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ___Kristy Sandoval___, have discussed with ___Montgomery L. Olson___, Pretrial Services Officer, modifications of my release conditions as follows:

The defendant shall participate in a cognitive behavioral treatment program as directed by the pretrial services officer. Such program may include group sessions led by a counselor or participation in a program administered by the pretrial services officer.

All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  11-7-11          _____  11-7-11
Signature of Defendant    Date              Pretrial Services Officer   Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                    11-8-11
Signature of Assistant United States Attorney          Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                    11-7-11
Signature of Defense Counsel                Date

### ORDER OF THE COURT

[✓] The above modification of conditions of release is ordered, to be effective on ___11-8-11___

[ ] The above modification of conditions of release is *not* ordered.

_____                    11-8-11
Signature of Judicial Officer               Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services