**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059
1318 K Street
Bakersfield, CA 93301
Ph.: (661)326-0857
Fax.: (661) 326-0936
e-mail: lawtorres@aol.com

Attorney for Defendant
KRISTY ANGELA SANDOVAL

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>**KRISTY ANGELA SANDOVAL,**<br><br>　　　　　　　Defendant, | Case No.: 11-CR-00105 LJO<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE SENTENCING HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE: LAWRENCE J. O'NEILL AND STANLEY BOONE, ASSISTANT UNITED STATES ATTORNEY:

　　**COMES NOW** Defendant, KRISTY ANGELA SANDOVAL by and through her attorney of record, DAVID A. TORRES hereby request that the sentencing hearing date currently set for Monday, July 9, 2012 be continued to July 23, 2012 at 8:30 a.m., or a date convenient to court and counsel.

　　My wife and I will be out of the country from July 4, 2012 through July 9, 2012, our flight does not return until late afternoon on July 9, 2012.  As such, I will be unavailable at the time of sentencing and respectfully request that it be continued to July 23, 2012.

1  The defendant is willing to continue excluding time through the next court appearance in
2  that the ends of justice in the exclusion outweigh defendant's speedy trial rights.
3  Based upon the foregoing, I respectfully request that this matter be continued to
4  July 23, 2012.

6  Dated: July 5, 2012              /s/ David A. Torres
                                    DAVID A. TORRES
7                                   Attorney for Defendant
                                    KRISTY ANGELA SANDOVAL

9  Dated: July 5, 2012              /s/Stanley Boone
10                                  STANLEY BOONE
                                    Assistant U. S. Attorney

## ORDER

**IT IS SO ORDERED**. For the reasons set forth above, the continuance requested is granted for good cause. The court finds the end of justice outweigh the interests of the public and the defendant's rights to a speedy trial. Therefore, time is excluded in the interest of justice pursuant to 18 U.S.C. §3161(h)(7)(A) and §3161 (h)(7)(B)(i) & (iv).

IT IS SO ORDERED.

**Dated:   July 5, 2012**              /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE